IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISON

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 16 2013
JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

**ESTELLA M. CARADINE**                                                        PLAINTIFF

V                                                         4:13cv 19 KGB

**FRED'S STORES OF TENNESSEE, INC.**                                   DEFENDANTS

This case assigned to District Judge _Baker_
and to Magistrate Judge _Young_

## PETITION FOR MONETARY COMPENSATION AND DAMAGES FOR SLIP AND FALL AND JURY TRIAL

Comes the plaintiff, Estella M. Caradine to seek a petition for damages and a jury trial for case No. 4:10-CV-1549-BSM according to the opinion that was issued by the United States Court Of Appeals For The Eighth Circuit Court.

## FACTS

On March 3, 2010, Ms. Caradine arrived at a Fred's Store in North Little Rock, Arkansas to help a friend shop. When she was walking down an aisle, she spotted two boxes of Pine-Sol on the floor in front of her and a small amount of yellow liquid to the side of one of the boxes, trying to avoid the spill, she walked between the two boxes as she did not see any liquid on that portion of the floor. She then slipped and fell on her back resulting in injuries. No signs warned her about the spill. Ms. Caradine testified that although she did not see any liquid where she walked either before or after her fall, she believed that she slipped in Pine-Sol because she smelled like Pine-Sol after falling and the manner in which she felled landing on her back indicated that she slipped on a substance.

On May 18, 2010, the plaintiff filed a petition for damages against Fred's . On February 6, 2012, summary judgment was granted and the suit dismissed. On May 24, 2012, Ms. Caradine filed an appeal to the Eighth Circuit Court Of Appeals against Fred's stores of Tennessee in which the appeal was granted on January 9,2013. After consideration ,it is hereby ordered and adjudged that the judgment of the district court is reversed and cause is remanded to the district for proceeding consistent with the opinion of this court.

Wherefore, Ms. Caradine prays that she is granted a jury trial , damages for pain and suffering. The damages that Ms. Caradine is seeking are:

A. Back Injury---------------- $15,000.00
B. Left Arm Injury---------- $15,000.00
C. Bruises-------------------- $15,000.00
D. Past Medical Bills-----   $3,600.00
E. Future Medical Bills-  $41,900.00

Total- $90,500.00

Ms. Caradine is asking the court to appoint her an attorney. She is also willing to settle out of court to save the taxpayers time and money.

ESTELLA M. CARADINE,PLAINTIFF,APPELLANT

*Estella M. Caradine, Plaintiff, Appellant*

1707 Nona Street
North Little Rock, Arkansas 72114-3057
(501) 258-4621
carmarie55@gmail.com